AMBROSE P. S. STUART ET AL., APPELLEES, V. HENRY
BURCHAM ET AL., APPELLANTS.

FILED MARCH 3, 1897.  No. 7138.

Bill of Exceptions: REVIEW: TRANSCRIPT.  In the absence of a bill of
    exceptions, issues of fact cannot be considered in this court on
    appeal, even though the transcript of the pleadings and proceed-
    ings recites that the cause was originally determined on an agreed
    statement of facts copied in such transcript.  Following *State Ins.
    Co. of Des Moines v. Buckstaff Bros. Mfg. Co.*, 47 Neb., 1.

APPEAL from the district court of Lancaster county.
Heard below before TIBBETS, J.  *Affirmed.*

*Stevens & Cochran*, for appellants.

*S. L. Geisthardt, contra.*

RYAN, C.

The district court of Lancaster county adjudged that
certain of the purchase price of lands sold by Henry
Burcham should be paid by the purchaser to Ambrose
P. S. Stuart and Charles Holland, as creditors of said
Burcham.  The wife of Henry Burcham, who unsuccess-
fully claimed by her cross-petition that this balance
should be paid to her as a creditor of her husband, brings
this case into this court for review upon appeal. The peti-
tion has been examined and found to state a cause of ac-

tion, and a proper prayer for such relief as was decreed by the district court. The record recites that the case was determined upon an agreed statement of facts, but there is in the record no bill of exceptions; hence we are without proper evidence of the contents of the alleged statement of facts, and cannot consider issues of that nature presented by the pleadings. (*State Ins. Co. v. Buckstaff Bros. Mfg. Co.*, 47 Neb., 1, and authorities therein cited.) The judgment of the district court is

AFFIRMED.